IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| XZAVIOR LANCASTER, | § |
| *Plaintiff*, | § § § |
| v. | §  CIVIL ACTION NO.: 13-1231 |
| TRICAN WELL SERVICE, LP and TRILIB MANAGEMENT, LLC, | § § § § |
| *Defendants*. | § |

## ORDER OF DISMISSAL WITH PREJUDICE

In accordance with the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff Xzavior Lancaster and Defendants Trican Well Service, LP and Trilib Management, LLC, it is hereby ORDERED that this action be dismissed with prejudice. Each party shall be responsible for his/its own respective costs and attorneys' fees incurred as a result of this action.

SIGNED this 3rd day of November, 2014.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE

1